Form 5 - SUITABLE WITH MAILING    Natalie    P332162

### The Law Offices of Steven E. Lynch

U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

---

PATRICIA THOMPSON

                           PLAINTIFF

- vs -

CITY OF NEW YORK, ETAL

                           DEFENDANT

---

The Law Offices of Steven E. Lynch

index No. **14CV563**
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**AHMED ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19TH** day of **FEBRUARY, 2014 10:30 AM** at

    **NEW YORK CITY POLICE DEPARTMENT POLICE SERVICE AREA (PSA 9), 155-09 JEWEL AVE.**
    **FLUSHING NY 11365**

I served the **SUMMONS AND COMPLAINT,**
upon **SERGEANT DENNIS FRIENDLY (SHIELD NO.233)**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SERGEANT LANARO WHO REFUSED FULL NAME, CO-WORKER**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

    SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
    APP.AGE: **30** APP. HT: **5/9** APP. WT: **180**
    OTHER IDENTIFYING FEATURES

On **02/24/2014** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
24TH day of FEBRUARY, 2014

*[signature]*
RYAN PARCHMENT
Notary Public, QUEENS COUNTY
  01PA6273381
Qualified in QUEENS COUNTY
Commission Expires 12/10/2016

*[signature]*
AHMED ABDERRAHMAN 1302265
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 1-SEL-F-332162