UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

PATRICIA THOMPSON,

                                        Plaintiff,          **DECLARATION OF SERVICE**
                                                            **OF SUMMONS AND**
                                                            **COMPLAINT ON**
                -against-                                   **DEFENDANT SGT MICHAEL**
                                                            **WHITE**

THE CITY OF NEW YORK; et al.,
                                                           14-cv-00563-ARR-LB
                                        Defendants.
------------------------------------------------------------------------X

        I, STEVEN E. LYNCH, declare, pursuant to 28 U.S.C. § 1746, under penalty of
perjury as follows:

        1.      I am not a party to this action.  I am over 18 years of age and reside in the
State of New York.  On July 17, 2014, at approximately 3:00 p.m., I served the summons and
complaint in this matter on defendant SERGEANT MICHAEL WHITE (Shield No. 4207), by
delivering a copy of same to DT. CHRISTINA BYLON (Shield No. 3247) at the New York City
Police Department, Auto Crime Division, One Police Plaza-Room 1310, New York, NY 10038.
This person is a female, with a light complexion, approximately thirty-five (35) years old, with
black hair and was wearing gold necklace and multicolored shirt.

        2.      On July 21, 2014, at approximately 11:37 a.m., I mailed the summons and
complaint to SERGEANT MICHAEL WHITE (Shield No. 4207) by depositing said documents
in a postage-paid sealed envelope in the U.S Mail addressed to SERGEANT MICHAEL WHITE
(Shield No. 4207), New York City Police Department, One Police Plaza, Auto Crime Division,
Room 1310, New York, NY 10038.  Said envelope did not contain any marking indicating the mail
came from a law office.


Dated:          Brooklyn, New York
                July 21, 2014


                                _____/s/Steven E. Lynch_____
                                STEVEN E. LYNCH, ESQ.
                                233 Fifth Avenue, Suite 4A
                                New York, New York 10016