Form 5 - SUITABLE WITH MAILING        anthony

P371658

**The Law Offices of Steven E. Lynch**    The Law Offices of Steven E. Lynch

U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

--------------------------------------------------------

PATRICIA THOMPSON

                             PLAINTIFF

- vs -

CITY OF NEW YORK ETAL

                             DEFENDANT

--------------------------------------------------------

index No. **14-CV-0563(ARR)**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**TRAVICK STEWART** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23RD** day of **JULY, 2014 2:02PM** at

    **NEW YORK CITY POLICE DEPARTMENT 83RD PRECINCT 480 KNICKERBOCKER AVE. BROOKLYN NY 11237**

I served the **SUMMONS FIRST AMENDED COMPLAINT**
upon **DETECTIVE JENNIFER LAVELLE (SHIELD NO. 0235**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **S.P.A.A EARL, WHO REFUSED FULL NAME, CO-WORKER**
a person of suitable age and discretion.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                 SEX: **FEMALE** COLOR: **BLACK** HAIR: **BLACK**
                 APP.AGE: **40** APP. HT: **5/5** APP. WT: **165**
                 OTHER IDENTIFYING FEATURES

On **07/24/2014** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
24TH day of JULY, 2014

SARA BAER
Notary Public, KINGS COUNTY
    01BA6145029
Qualified in KINGS COUNTY
Commission Expires 05/01/2018

TRAVICK STEWART 1417667
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-SEL-F-371658