UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PATRICIA THOMPSON,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK, a municipal corporation;
SERGEANT DENNIS FRIENDLY (SHIELD NO. 20185)
SERGEANT MICHAEL WHITE (SHIELD NO. 4207),
POLICE OFFICER JAMES FAMIANO (SHIELD NO. 7548)
DETECTIVE JENNIFER LAVELLE (SHIELD NO. 0235, in
their individual and official capacities,

                              Defendants.
----------------------------------------------------------------x

**STIPULATION OF SETTLEMENT**

14-CV-0563 (ARR) (LB)

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about January 27, 2014, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS**, defendants City of New York, Dennis Friendly, Michael White, James Famiano, and Jennifer Lavelle have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, plaintiff has authorized her counsel to settle this matter on the terms set forth below;

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

The Law Offices of Steven E. Lynch
*Attorneys for Plaintiff*
233 Fifth Avenue, Suite 4A
New York, New York 10016
718-858-8737

By: _____
Steven E. Lynch
*Attorney for Plaintiff*

Dated: New York, New York
       10/17/14, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Dennis Friendly, James Famiano, Michael
White, and Jennifer Lavelle*
100 Church Street, Rm. 3-197
New York, New York 10007

By: _____
Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:
            /s/(ARR)

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

2